IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMAS, | No. 16-cv-3819 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| SAN FRANCISCO HOUSING AUTHORITY, ET AL., | |
| Defendant. | |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation (dkt. 8), and notes that fourteen days have passed and no opposition has been filed. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect. Accordingly, the Complaint is DISMISSED for failure to comply with Rule 8(a)(2). Plaintiff has already filed a request for leave to amend, which includes a 5-page complaint. See Request (dkt. 11). Plaintiff may nonetheless file a new complaint within thirty days of this order if she wishes to do so. If she does not file a new complaint in that time, then the Court will adopt the complaint in her Request as the operative complaint in this case.

**IT IS SO ORDERED.**

Dated: August 4, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE