IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>　　　　Defendants._____/ | No. 3:16-cv-03819-CRB<br><br>**ORDER RE MOTION TO DISMISS** |

  Defendant San Francisco Housing Authority ("SFHA") recently filed a motion to dismiss Plaintiff Carol Thomas's Second Amended Complaint, setting the hearing for fewer than 35 days out. See MTD (dkt. 25) (filed December 19, 2016 and set for January 20, 2017). This violates Civil Local Rule 7-2. See Civ. Local R. 7-2. Just as problematic, Thomas asserts that SFHA did not serve her with the motion. See Declaration (dkt. 27); see also Certificate of Service (dkt. 25-2) (certifying that SFHA served Thomas on September 16, 2016). The Court therefore: VACATES the hearing date currently set for January 20, 2017; DIRECTS SFHA to serve Thomas with the motion by January 20, 2017, and to file an accurate certificate of service; and SETS a new schedule as follows. Thomas may file an opposition by February 3, 2017, SFHA may file a reply by February 10, 2017, and the motion

//

hearing shall be held on March 3, 2017.

**IT IS SO ORDERED.**

Dated: January 10, 2017



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2